# EXHIBIT A

**From**: Mike Lindell [mike@mypillow.com]
**Sent**: 4/1/2016 12:42:12 PM
**To**: Bala [bala@telebrands.com]; Bob@telebrands.com
**Subject**: Urgent
**Attachments**: image1.PNG; ATT00001.txt


Good morning ....

This ad I pulled up 2 minutes ago!
We got an email now from "truth In advertising "
This ad that fry electronics and many other Telebrands vendors have used states
Hypoallergenic and Memory foam which MyPillow is neither ..!! These ads have to stop immediately! We have
gotten bad press and also the attorney general in California also now has sent us a certified letter on
false claims.... Please call fry electronics and tell them that ad has to come down everywhere ! This is
an ad that Telebrands had to have made as it has been used by everyone !

I have a call with truth in advertising at 11 central ... I have stalled them telling them that Google is
slow removing this

MYPILLOW__000830



MYPILLOW__000831

Michael J. Lindell
CEO
My Pillow, Inc.

MYPILLOW__000832

# EXHIBIT B

| | |
|---|---|
| **From:** | Bala Iyer [bala@telebrands.com] |
| **Sent:** | 3/14/2016 1:46:17 AM |
| **To:** | Mike Lindell [mike@mypillow.com] |
| **CC:** | Bob@telebrands.com; Angelo Bianco [ABianco@telebrands.com] |
| **Subject:** | Re: Urgent !!! |

Hi Mike -

I will address this first thing tomorrow morning.

Angelo - Please call me tomorrow morning to discuss.

Regards,
Bala

On Sun, Mar 13, 2016 at 8:28 PM, Mike Lindell <mike@mypillow.com> wrote:
Hello Bala,

We are in trouble at the Bed Bath and Beyond !
Please get them on the phone and have them change all their signs!! MyPillow does not have "memory foam" in it!!
We have been contacted for false advertising!
Please let me know how soon they can make the change ...
Thanks
Mike

Michael J. Lindell
CEO
My Pillow, Inc.


--
Regards,

Bala Iyer
Executive Vice President & COO
79 Two Bridges Road
One Telebrands Plaza
Fairfield, NJ  07004

Phone:  1-973-244-0300 x 366
Fax:      1-973-244-0233
Email:   bala@telebrands.com

# EXHIBIT C

[Withheld pursuant to ¶ 46, footnote # 1 of My Pillow's Amended Counterclaim]

# EXHIBIT D

[Withheld pursuant to ¶ 46, footnote # 1 of My Pillow's Amended Counterclaim]

# EXHIBIT E

[Withheld pursuant to ¶ 46, footnote # 1 of My Pillow's Amended Counterclaim]

# EXHIBIT F

[Withheld pursuant to ¶ 46, footnote # 1 of My Pillow's Amended Counterclaim]

# EXHIBIT G

| | |
|---|---|
| **From:** | Bala Iyer [bala@telebrands.com] |
| **Sent:** | 3/16/2016 1:54:23 PM |
| **To:** | Mike Lindell [mike@mypillow.com] |
| **CC:** | Bob@telebrands.com; ABianco@telebrands.com |
| **Subject:** | Re: Screenshot (March 16, 2016 8:38 AM) |

Mike - we will address this right away and keep you updated. Sorry I could not take your call. I will call you my morning tomorrow , late tonight your time.

Regards
Bala

On Wednesday, March 16, 2016, Mike Lindell <mike@mypillow.com> wrote:
Bob
Here is another example
Boscov is number one violator  but there is also shopco Walgreens and many others ... Even your own online store !
This is my worst fear ! All these ads just started showing up and are destroying my media and customer service because prices are posted and we are at 99$ with promo code

Also we have been under false advertising pressure froM watch dog groups on the memory foam and hypoallergenic claims

Thanks
Mike

Michael J. Lindell
CEO
My Pillow, Inc.

Begin forwarded message:

> **From:** Darren Lindell <dlindell@mypillow.com>
> **Date:** March 16, 2016 at 8:39:10 AM CDT
> **To:** Mike Lindell <mike@mypillow.com>
> **Subject: Screenshot (March 16, 2016 8:38 AM)**
>
> Google Seach - My Pillow Coupon Code
>
>
> Sent from my Sprint Samsung Galaxy S® 6.

--
Regards,

Bala Iyer
Executive Vice President & COO

79 Two Bridges Road
One Telebrands Plaza
Fairfield, NJ  07004

Phone:  1-973-244-0300 x 366
Fax:    1-973-244-0233
Email:   bala@telebrands.com



MYPILLOW__002638

EXHIBIT H

| | |
|---|---|
| **From**: | Mike Lindell [mike@mypillow.com] |
| **Sent**: | 3/16/2016 2:07:54 PM |
| **To**: | Bob Barnett [bob@telebrands.com] |
| **CC**: | Bala [bala@telebrands.com]; ABianco@telebrands.com |
| **Subject**: | Re: Screenshot (March 16, 2016 8:35 AM) |

Thanks Bob
I will send screenshots that you can forward to them ...I will keep you updated ...
Thanks for taking care of this .. !



Michael J. Lindell
CEO
My Pillow, Inc.

On Mar 16, 2016, at 9:05 AM, Bob Barnett <bob@telebrands.com> wrote:

> Hi Mike
>
> We are contacting everyone.  Please let us know if you don't see a change promptly.
>
> Thanks
>
> Bob
>
> On Wed, Mar 16, 2016 at 9:42 AM, Mike Lindell <mike@mypillow.com> wrote:
> Bob
> Per our conversation here is what is showing up when you put in "my pillow "
>
> If you have a contact person that does your Adwords you can give them my number
>
> FYI .. boscov is the worst violator ... I know this can be fixed but I can't have this taking as long
> as it took Taylor gifts ...
> Thanks
>
> Michael J. Lindell
> CEO
> My Pillow, Inc.
>
> Michael J. Lindell
> CEO
> My Pillow, Inc.
>
>
> Begin forwarded message:
>
> > **From:** Darren Lindell <dlindell@mypillow.com>
> > **Date:** March 16, 2016 at 8:35:59 AM CDT
> > **To:** Mike Lindell <mike@mypillow.com>
> > **Subject: Screenshot (March 16, 2016 8:35 AM)**

MYPILLOW__000851

Google Search - MyPillow

Sent from my Sprint Samsung Galaxy S® 6.



--

Bob Barnett
One Telebrands Plaza
Fairfield, NJ  07004

Phone:  1-973-244-0300 x 320
Fax:      1-973-575-3389
Email:  Bob@telebrands.com

MYPILLOW__000852

# EXHIBIT I

**From:** Marc Jacobs [marc@telebrands.com]
**Sent:** 11/15/2017 3:33:41 PM
**To:** Ben Salden [BSalden@mypillow.com]; Mike Lindell [mike@mypillow.com]
**CC:** George Cooks [georgedcooks@gmail.com]; Bob Barnett [bob@telebrands.com]
**Subject:** Fwd: My Pillow--Telebrands

Ben:

As per below, Kohl's agency is taking My Pillow off Google Search program, they know URGENCY and I am on it with them


---------- Forwarded message ----------
From: **Elise Matenaer** <elise.matenaer@kohls.com>
Date: Wed, Nov 15, 2017 at 9:22 AM
Subject: Re: My Pillow--Telebrands
To: Amanda McMahon <amanda.mcmahon@kohls.com>
Cc: John Larkin <john.larkin@kohls.com>, George Cooks <georgedcooks@gmail.com>, Kelly Kramer <kelly.kramer@kohls.com>, Marc Jacobs <marc@telebrands.com>, Bob Barnett <bob@telebrands.com>, Lesley Dunn <ldunn@telebrands.com>, Jim Stetler <jim.stetler@launch2retail.com>, Anna Schwantes <anna.schwantes@kohls.com>

Hi all,

Our agency is turning the program off for My Pillow.

Thanks!

On Tue, Nov 14, 2017 at 4:37 PM, Amanda McMahon <amanda.mcmahon@kohls.com> wrote:
+ Elise and Anna as they can help with this!

On Tue, Nov 14, 2017 at 4:00 PM, John Larkin <john.larkin@kohls.com> wrote:
Amanda -

Is this something you can help us with?

Thank you

On Tue, Nov 14, 2017 at 1:35 PM, George Cooks <georgedcooks@gmail.com> wrote:
Hi, John.

I owe you an answer (explanation) re The Boston Store (BonTon) and My Pillow. Several conversations and I will have a detailed response later today--just waiting for Telebrands and My Pillow to clarify.

In the meantime, need your help. Kohl's is running "paid searches" re My Pillow. That is contrary to Telebrands' established policies and more importantly, the policies of the manufacturer (My Pillow, Chaska, Minnesota) who actually runs and pays for the media. Please arrange to have the paid search removed immediately--thanks.

MYPILLOW__001057

Please confirm that this request has been handled--thanks in advance.

--
Please make a note of my new email address and update your records accordingly.
I will not be checking my old AOL address after March 31st. Thank you.
George Cooks & Associates, Inc.
3330 Dundee Road - N2
Northbrook, IL 60062
Tel: 847-272-3280/Cell: 847-778-8196
Fax: 847-272-3331

--
John Larkin
Buyer - Utility Bedding
262.703.6322

--
Amanda McMahon
digital vendor marketing planner
n56 w17000 ridgewood dr, menomonee falls, wi 53051
work: 262.703.1380

--
Elise Matenaer **|** **Category & Brand Marketing Coordinator**
**Home Textiles & Decor**

elise.matenaer@kohls.com | (262) 703-7484

N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051

CONFIDENTIALITY NOTICE:
This is a transmission from Kohl's Department Stores, Inc.
and may contain information which is confidential and proprietary.
If you are not the addressee, any disclosure, copying or distribution or use of the contents of this message is
expressly prohibited.
If you have received this transmission in error, please destroy it and notify us immediately at 262-703-7000.

CAUTION:
Internet and e-mail communications are Kohl's property and Kohl's reserves the right to retrieve and read any

MYPILLOW__001058

message created, sent and received. Kohl's reserves the right to monitor messages by authorized Kohl's Associates at any time
without any further consent.

--

Best regards,


Marc Jacobs

Sales Manager

Telebrands Corporation

79 Two Bridges Road

Fairfield, NJ 07004

Phone: (973) 244-0400 ext. 310

Mobile: (973) 525-5051

Fax: (973) 244-0244

marc@telebrands.com



Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. ***Telebrands Confidential***

# EXHIBIT J

| | |
|---|---|
| **From**: | Marc Jacobs [marc@telebrands.com] |
| **Sent**: | 11/15/2017 12:38:06 PM |
| **To**: | Mike Lindell [mike@mypillow.com] |
| **CC**: | Bob@telebrands.com; Bala [bala@telebrands.com] |
| **Subject**: | Re: Urgent!!!!! |

Mike

They were immediately informed right after we talked yesterday. They understand they have to get it down   I will stay on top of this today and make sure it happens

In meantime what is happening with Bonton breaking MAP price on ad for Black Friday. What do I tell BBB Walmart and Kohls?

Sent from my iPhone

On Nov 14, 2017, at 11:26 PM, Mike Lindell <mike@mypillow.com> wrote:

> Hello all
> Kohl's is still buying Mypillow AdWords !!!!
> If they are not down by noon tomorrow I do not want them selling MyPillow going forward!
>
> Every radio TV and box store is getting sales stole from Kohl's!
> All of our media depends on this not "ever" happening! Why was Kohl's not told that they could not buy our AdWords? If they were told and did this I would prefer that they are done selling Mypillow immediately..
> Here is a screen shot of my phone.,
>
>
> <image1.png>
>
> Sent from my iPhone

# EXHIBIT K

| | |
|---|---|
| **From:** | Marc Jacobs [marc@telebrands.com] |
| **Sent:** | 12/22/2017 3:04:43 PM |
| **To:** | Mike Lindell [mike@mypillow.com] |
| **CC:** | Ben Salden [BSalden@mypillow.com]; Bob@telebrands.com; Bala [bala@telebrands.com] |
| **Subject:** | Re: Walgreens Buying MyPillow Adwords |

I am on it...

On Fri, Dec 22, 2017 at 9:55 AM, Mike Lindell <mike@mypillow.com> wrote:
This is really bad news!
Bed bath and beyond is probably thinking it is ok to buy the AdWords because of target!
Please stop them today as soon as possible...
Thanks
Mike

Sent from my iPhone

On Dec 22, 2017, at 8:52 AM, Ben Salden <BSalden@mypillow.com> wrote:

> Hey Guys,
>
>
> Bed Bath started buying our 'My Pillow' keyword this morning. I have attached a screen shot as well.
>
>
> If you need more info let me know!
>
>
> Thanks,
>
>
> **Ben**Salden
>
> Vice President eCommerce | MyPillow Inc. | mypillow.com
>
> **p:** 952.400.1183 | **e:** bsalden@mypillow.com
>
> 343 East 82nd St, Suite 100 | Chaska, MN | 55318
> <image002.jpg>
>
>
> **From:** Marc Jacobs [mailto:marc@telebrands.com]
> **Sent:** Wednesday, December 20, 2017 9:32 AM
> **To:** Ben Salden <BSalden@mypillow.com>
> **Cc:** Bob@telebrands.com; Bala <bala@telebrands.com>; Mike Lindell <mike@mypillow.com>
> **Subject:** Re: Walgreens Buying MyPillow Adwords

I am on it to get it down

On Wed, Dec 20, 2017 at 10:21 AM, Ben Salden <BSalden@mypillow.com> wrote:

Attached is the screenshots of Walgreens buying 'my pillow' AdWords.

**Ben**Salden

Vice President eCommerce | MyPillow Inc. | mypillow.com

**p:** 952.400.1183 | **e:** bsalden@mypillow.com

343 East 82nd St, Suite 100 | Chaska, MN | 55318

<image003.jpg>

--

Best regards,

Marc Jacobs

Sales Manager

Telebrands Corporation

79 Two Bridges Road

Fairfield, NJ 07004

Phone: (973) 244-0400 ext. 310

Mobile: (973) 525-5051

Fax: (973) 244-0244

marc@telebrands.com

Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. ***Telebrands Confidential***

<BedBathBeyond12-22.png>

--

Best regards,


Marc Jacobs

Sales Manager

Telebrands Corporation

79 Two Bridges Road

Fairfield, NJ 07004

Phone: (973) 244-0400 ext. 310

Mobile: (973) 525-5051

Fax: (973) 244-0244

marc@telebrands.com

Notice: This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. ***Telebrands Confidential***

MYPILLOW__001721

# EXHIBIT L

| | |
|---|---|
| **From:** | Mike Lindell [mike@mypillow.com] |
| **Sent:** | 3/16/2016 1:26:17 PM |
| **To:** | Bala [bala@telebrands.com]; Bob@telebrands.com; ABianco@telebrands.com |
| **Subject:** | URGENT!!!! Help!!!Fwd: Screenshot (March 16, 2016) |
| **Attachments:** | Screenshot_2016-03-16-08-11-40.png |

Good Morning ,
Here is a screen shot of your online advertisers...
This needs to be taken down today!!
There is false claims on these online ads !!
Also this one buys and steals my sales from the
"MyPillow promo code"
Search!
This is destroying my media!
I will not be able to sell to Telebrands going forward if all the box store online advertising using the word
MyPillow is not removed ...
My business model relies 90 percent on my media and all the online advertising using the keywords my pillow
and MyPillow and all variations of this !

They
are cannibalizing MyPillows media ...
They will sell more than they have any other product ever if they stay away from my Adwords
Also they are doing so using false advertising as MyPillow is not memory foam and is not hypoallergenic ...
Please respond as soon as possible ...

Thanks
Mike

Michael J. Lindell
CEO
My Pillow, Inc.

Begin forwarded message:

> **From:** Darren Lindell <dlindell@mypillow.com>
> **Date:** March 16, 2016 at 8:12:15 AM CDT
> **To:** Mike Lindell <mike@mypillow.com>
> **Subject: Screenshot (March 16, 2016 8:11 AM)**
>
> Google Search - MyPillow Promo Code
>
>
> Sent from my Sprint Samsung Galaxy S® 6.
>
> 

MYPILLOW__000857